**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LARRY SINGER,
                        Plaintiffs,

      -against-                                                          19 **CIVIL** 11394 (ER)

## **JUDGMENT**

HORNEY NETWORKS, INC.,
                        Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2020, the above case has settled and is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Judgment is hereby entered and the case is closed.

**Dated:** New York, New York
            September 29, 2020

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                     **BY:**   *K. Mango*
                                                         **Deputy Clerk**